DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WENDY G. ALEXANDER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-2017

[April 2, 2025]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; William L. Roby, Judge; L.T. Case No. 230001122CFAXMX.

Daniel Eisinger, Public Defender, and Gary Lee Caldwell, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Paul Patti, III, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

We affirm Alexander's judgment and sentence. However, we remand for the correction of a scrivener's error in the judgment. *See Zaidman v. State*, 397 So. 3d 161 (Fla. 5th DCA 2024) (affirming but remanding for correction of scrivener's error); *Lopez v. State*, 307 So. 3d 832 (Fla. 3d DCA 2020). On remand, the trial court shall correct the judgment to reflect that Alexander's conviction for fleeing and eluding is a third-degree felony.

*Affirmed; remanded with instructions.*

MAY, LEVINE and FORST, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***